ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00285-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JALEN MALCOM FRAZIER, | DATE: February 9, 2026 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on February 9, 2026.

2.     By this stipulation, defendant now moves to continue the status conference until March 9, 2026, and to exclude time between February 9, 2026, and March 9, 2026, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     Counsel for the defendant desires additional time to consult with his client, review the current charges, conduct defense investigation, review the discovery, and otherwise prepare for trial.

b)   Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)   The government does not object to the continuance.

d)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 9, 2026 to March 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  February 4, 2026

ERIC GRANT
United States Attorney


/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney


Dated:  February 4, 2026

/s/ DOUGLAS J. BEEVERS
DOUGLAS J. BEEVERS
Counsel for Defendant
JALEN MALCOM FRAZIER

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 5, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE