HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
JALEN FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:25-cr-00285-WBS-1 |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | ) ) | |
| JALEN FRAZIER, | ) ) | |
| Defendant, | ) ) ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Assistant United States Attorney Justin Lee, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for  JALEN FRAZIER, that the sentencing hearing, currently scheduled for June 22, 2026, be continued to July 20, 2026 at 10:00 a.m.

As grounds for the continuance, defense has filed an objection to the pre-sentence report which adds +2 levels for the use of a three firearms which were discovered in three incidents two of the incidents are pending in state court and the Federal Public Defenders does not have all the discovery which is held by county attorneys and county public defenders.  Defense needs time to consult with Mr. Frazier's county public defenders regarding whether there is evidence that another person possessed one of the three firearms.

U.S. Probation, by Hayley LaFazia has no objection to the request.

-1-

The case is briefed, but defense asks leave to file any exhibits by July 13, 2026.  The parties request that the United States be permitted to file a response to Defendant's formal objection by July 13, 2026.

Dated:  June 15, 2026

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JALEN FRAZIER

Dated:  June 15, 2026

ERIC GRANT
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing as to this defendant previously set for June 22, 2026, is CONTINUED to **July 20, 2026, at 10:00 a.m.** The United States' response to defendant's formal objection is due on July 13, 2026. The parties shall file any additional exhibits by July 13, 2026.

Dated:  June 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-